UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,<br><br>    Defendant. | Case No. 2:23-cv-01005-JHC<br><br>**ORDER ON STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

This matter comes before the Court on the Stipulated Motion for Withdrawal and Substitution of Counsel. Dkt. # 16. The Court GRANTS the motion. Mark D. Kimball and Nahal Nabavinejard of MDK Law are withdrawn as counsel of record for Defendant Pacific Landscape Management, LLC, and Kenneth R. Davis II of Lane Powell PC is hereby substituted as counsel of record for Defendant Pacific Landscape Management, LLC.

DATED this 3rd day of April, 2024.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1
Case No. 2:23-cv-01005-JHC