UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington corporation,<br><br>                      Plaintiff,<br><br>v.<br><br>PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,<br><br>                      Defendant. | Case No. 2:23-cv-01005<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT AND COUNTERCLAIM**<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 3, 2024 |

    This matter comes before the Court on Defendant's Unopposed Motion for Leave to File Amended Answer to Complaint and Counterclaim. The Court, having reviewed the Motion, together with the associated exhibit, and the papers and pleadings on file, GRANTS the Motion.

    IT IS SO ORDERED.

    DATED this 3rd day of June, 2024.

*[signature]*
JOHN H. CHUN
United States District Judge