1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington corporation,

Plaintiff,

v.

PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,

Defendant.

No. 2:23-cv-01005-JHC

**STIPULATED MOTION TO EXTEND DATES AND SCHEDULING ORDER**

**NOTE ON MOTION CALENDAR:
June 24, 2024**

## I.      <u>STIPULATED MOTION</u>

Plaintiff Pacific Landscape Management, Inc. ("Plaintiff") and Defendant Pacific Landscape Management, LLC ("Defendant") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to a modification of the existing case schedule as follows:

The Parties have diligently pursued the claims and defenses in this matter. However, for reasons outside the scope of this Motion, Defendant has recently engaged new counsel at the firm of Christensen O'Connor Johnson Kindness PLLC and new attorneys John Denkenberger and John Whitaker have appeared on behalf of Defendant on June 4, 2024. In addition, a new counterclaim was recently added to this matter.

Defendant's counsel now requires some additional time to fully review the materials that have been exchanged as well as to employ experts to review those materials.

STIPULATED MOTION TO EXTEND DATES
(2:23-cv-01005-JHC) - 1

The Parties have stipulated and agreed to an extension of six weeks to the currently scheduled dates reflected in the Minute Order Setting Trial Date and Related Dates entered on December 4, 2023 (Dkt. No. 15 ("Scheduling Order")).

Specifically, the Parties have stipulated to extending the deadline for exchange of expert reports **from** the currently scheduled deadline of July 1, 2024 **to** the proposed deadline of August 12, 2024. In addition, the Parties have further conferred and agreed upon the following new proposed case schedule to allow for the diligent prosecution of all claims and defenses in this case.

The Parties propose that the Court extend the current deadlines as set forth in the following table which shows the current deadline and the proposed new deadline:

| Event | Current | Proposed |
|-------|---------|----------|
| Deadline for amended pleadings | July 1, 2024 | August 12, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 1, 2024 | August 12, 2024 |
| All motions related to discovery must be filed by | July 31, 2024 | September 11, 2024 |
| Discovery completed by | August 30, 2024 | October 11, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | September 30, 2024 | November 11, 2024 |
| Settlement conference held no later than | November 29. 2024 | September 2, 2024* |
| All motions *in limine* must be filed by All motions *in limine* shall be filed as one motion. | December 16, 2024 | January 27, 2025 |
| Agreed pretrial order due | January 6, 2024 | February 17, 2025 |

| Event | Current | Proposed |
|-------|---------|----------|
| Deposition Designations must be submitted to the court by | January 8, 2024 | February 19, 2025 |
| Pretrial Conference | January 13, 2025 | February 24, 2025 |
| Trial briefs, proposed voir dire, jury instructions | January 21, 2024 | March 4, 2025 |
| Trial Date | January 27, 2025 | March 10, 2025 or at the Court's convenience |

*Note that the Parties have accelerated the deadline for the mandatory Settlement Conference in an effort to enhance the possibility of a settlement of this matter prior to the need to burden the Court or the Parties with dispositive motions.

SO STIPULATED AND AGREED this 24th day of June 2024.

**ELLIS, LI & McKINSTRY PLLC**

By: s/Kyle D. Netterfield
    Kyle D. Netterfield, WSBA No. 27101
    knetterfield@elmlaw.com
    1700 Seventh Avenue, Suite 1810
    Seattle, WA 98101-1820
    Telephone: (206) 682-0565
    Facsimile: (206) 625-1052

*Attorneys for Plaintiff Pacific Landscape Management, Inc.*

**CHRISTENSEN O'CONNOR JOHNSON KINDNESS, PLLC**

By: s/John Whitaker
    John D. Denkenberger, WSBA No. 25,907
    John Whitaker, WSBA No. 28,868
    1201 Third Avenue, Suite 3600
    Seattle, WA 98101-3029
    Telephone: 206.682.8100
    E-mail: john.denkenberger@cojk.com,
    john.whitaker@cojk.com,
    litdoc@cojk.com

*Attorneys for Defendant Pacific Landscape Management, LLC*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**II.**     **ORDER**

IT IS HEREBY ORDERED that the case schedule shall be set as follows:  The new trial date is March 10, 2025.  The remaining dates will follow the Court's standard schedule.  The Court DIRECTS the Clerk to issue new case scheduling order.

DATED this 24th day of June, 2024.

John H. Chun
United States District Judge

STIPULATED MOTION TO EXTEND DATES
(2:23-cv-01005-JHC) - 4