UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,<br><br>Defendant. | NO. 2:23-cv-01005-JHC<br><br>STIPULATED MOTION TO EXTEND DATES AND SCHEDULING ORDER<br><br>NOTED ON MOTION CALENDAR FOR AUGUST 15, 2024 |

## I.   STIPULATED MOTION

Plaintiff Pacific Landscape Management, Inc. (*Plaintiff*) and Defendant Pacific Landscape Management, LLC (*Defendant*) (collectively, the *Parties*), by and through their undersigned counsel, stipulate and agree to a modification of the existing case schedule as follows:

For reasons not pertinent to this motion, Defendant has transitioned between multiple firms in this case. Despite both Parties' diligence in pursuing discovery, Defendant's new counsel has experienced unexpected delays producing requested discovery and pursuing Defendant's counterclaim. In particular, Defendant's financial records necessary to evaluate damages were delayed. After reviewing

materials exchanged, the Parties now require some additional time to exchange discovery materials so experts may finalize their review of those materials.

In addition, Defendant's new counsel has uncovered and is exploring a previously unrealized statute of limitations issue that may require guidance from the Court regarding how to proceed on the affected claims.

The Parties have stipulated and agreed to an extension of four weeks to the currently scheduled deadlines reflected in the Minute Order Setting Trial Date and Related Dates entered on July 1, 2024 (Dkt. No. 29). Specifically, the Parties have stipulated to extending deadlines prior to the settlement conference.

The Parties have conferred and agreed upon the following new proposed case schedule to allow for the diligent pursuit of all claims and defenses in this case. The Parties propose that the Court extend the current deadlines as set forth in the following table which shows the current deadline and the proposed new deadline:

| Event | Current | Proposed |
|---|---|---|
| Deadline for amended pleadings | August 19, 2024 | September 16, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | August 19, 2024 | September 16, 2024 |
| All motions related to discovery must be filed by | September 18, 2024 | October 16, 2024 |
| Discovery completed by | October 18, 2024 | November 15, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | November 18, 2024 | December 16, 2024 |

The Parties agree and propose to maintain all subsequent current deadlines as reflected in Dkt. No. 29.

//

//

//

1  STIPULATED AND AGREED this 15th day of August 2024.

| ELLIS, LI & MCKINSTRY PLLC | CHRISTENSEN O'CONNOR JOHNSON KINDNESS, PLLC |
|---|---|
| By:  *s/Kyle D. Netterfield* | By:  *s/John Whitaker* |
| Kyle D. Netterfield, WSBA No. 27101<br>Nathaniel L. Taylor, WSBA No. 27174<br>1700 Seventh Avenue, Suite 1810<br>Seattle, WA 98101-1820<br>Telephone: (206) 682-0565<br>Fax: (206) 625-1052<br>Email: knetterfield@elmlaw.com<br>         ntaylor@elmlaw.com<br>*Attorneys for Plaintiff Pacific Landscape Management, Inc.* | John D. Denkenberger, WSBA No. 25097<br>John Whitaker, WSBA No. 28868<br>1201 Third Avenue, Suite 3600<br>Seattle, WA 98101-8100<br>Telephone: (206) 682-8100<br>Email: john.denkenberger@cojk.com<br>         John.whitaker@cojk.com<br>*Attorneys for Defendant Pacific Landscape Management LLC* |

## II. ORDER

IT IS HEREBY ORDERED that the case schedule will be set as follows:

| Event | Deadline |
|---|---|
| Deadline for amended pleadings | September 16, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | September 16, 2024 |
| All motions related to discovery must be filed by | October 16, 2024 |
| Discovery completed by | November 15, 2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by | December 16, 2024 |

All subsequent deadlines reflected in the Minute Order Setting Trial Date and Related Dates entered on July 1, 2024 (Dkt. # 29) remain.

IT IS SO ORDERED:

DATED this 15th day of August, 2024.

John H. Chun
United States District Judge