UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,<br><br>Defendant. | NO. 2:23-cv-01005-JHC<br><br>ORDER ON SCHEDULE |

This matter comes before the Court on Defendant's Motion for Order on Schedule. Dkt. # 61. For the reasons presented by Plaintiff, the Court DENIES the motion. The trial date remains September 2, 2025.

The Court enters the following pretrial schedule, which differs from those proposed by the parties:

| | |
|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | April 30, 2025 |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | April 30, 2025 |
| Discovery completed by | June 9, 2025 |

| | |
|---|---|
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | June 16, 2025 |
| Settlement conference held no later than (*See* LCR 39.1(b)(5) if parties are interested in pro bono mediation) | June 30, 2025 |
| All motions in limine must be filed by All motions in limine shall be filed as one motion. | July 22, 2025 |
| Agreed pretrial order due | August 12, 2025 |
| Deposition Designations must be submitted to the Court (not filed on CM/ECF) by: (*see* LCR 32(e)) | August 14, 2025 |
| Pretrial conference to be held at 01:30 pm on | August 19, 2025 at 1:30 pm |
| Trial briefs, proposed voir dire, jury    Motions raised in trial briefs will not be considered | August 26, 2025 |

If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov. See Fed.R.Civ.P.16(b)(3)(B)(v).

Counsel are directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom deputy by close of business the Thursday before trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with 500. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Ashleigh Drecktrah at Ashleigh_Drecktrah@wawd.uscourts.gov as soon as possible. An attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 15th day of April, 2025.

_____
JOHN H. CHUN
United States District Judge