UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,<br><br>Defendant. | NO. 2:23-cv-01005-JHC<br><br>ORDER |

This matter comes before the Court on the Stipulated Motion to Replace Page to Declaration (Dkt. # 87-12). Dkt. # 93. The Court is fully advised and hereby ORDERS that the motion is GRANTED. The parties shall make the stipulated changes and file a revised version of Dkt. # 87-12 within seven days of entry of this Order. The Clerk is directed to replace the current version of Dkt. # 87-12 with the revised version filed by the parties.

ENTERED this 23rd day of June, 2025.

_____
John H. Chun
United States District Judge

ORDER                                                   Page 1
CASE NO. 2:23-cv-01005-JHC