UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,<br><br>Defendant. | No. 2:23-cv-01005-JHC<br><br>**ORDER** |

This matter comes before the Court on Defendant Pacific Landscape Management, LLC's Motion to Quash Plaintiff's Subpoena to Depose John Denkenberger and in the Alternative for a Protective Order. Dkt. # 78. The Court has reviewed the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.

As Plaintiff indicated on June 17, 2025, the subpoena at issue had not been served, and thus, "there is nothing to quash." Dkt. # 91 at 4. Also, by that time, the discovery cutoff of June 9 had passed, Dkt. # 66 at 1; the Court has not granted leave for the discovery at issue to take place after the cutoff; and thus there is no need for a protective order. The Court also notes that it does not appear Defendant complied with the following provision of the Order on Schedule: "The Court 'direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court' by notifying Ashleigh Drecktrah at

ORDER
(2:23-cv-01005-JHC) - 1

Ashleigh_Drecktrah@wawd.uscourts.gov." Dkt. # 66 at 2 (quoting Fed. R. Civ. P. 16(b)(3)(B)(v)). For all these reasons, the Court DENIES the motion without prejudice.

The Court reminds the parties of the June 30, 2025 deadline for a settlement conference. If the parties are interested in mediation with a Magistrate Judge of this District, they should contact the Courtroom Deputy.

Dated this 24th day of June, 2025.

_John H. Chun_
John H. Chun
United States District Judge

ORDER
(2:23-cv-01005-JHC) - 2