UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,<br><br>Defendants. | No. 2:23-cv-01005-JHC<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF DEADLINE** |

This matter comes before the Court on the Parties' Stipulated Motion for Extension of Deadline. Dkt. # 98. The Court has reviewed the Stipulated Motion, the rest of the file, and the governing law.

The Court being fully advised, hereby ORDERS that the Stipulated Motion is GRANTED, and the deadline for the Settlement Conference is extended from June 30, 2025 to July 11, 2025.

IT IS SO ORDERED.

Dated this 25th day of June, 2025.

John H. Chun
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF DEADLINE
(2:23-cv-01005-JHC) - 1