UNITED STATES DISTRCIT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PACIFIC LANDSCAPE MANAGEMENT, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC LANDSCAPE MANAGEMENT, LLC, an Oregon limited liability company,<br><br>Defendant. | NO. 2:23-cv-01005-JHC<br><br>ORDER OF DISMISSAL |

The Court having been notified of the settlement of this matter and it appearing that no issue remains for determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed within 60 days of the date of this order.

The Court VACATES the trial date and all pretrial deadlines. The Court STRIKES all pending motions.

DATED this 15th day of July.

*John H. Chun*
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1